IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John Booth-El** | * | |
| v. | * | Civil No: CCB-97-1252 |
| **Eugene M. Nuth,** | * | |
| **Warden, et al.** | ****** | |

## ORDER

In light of the entry of appearance of Michael Millemann, Esq., as counsel for the defendant, I have reconsidered Mr. Steele's Motion to Withdraw Appearance and to Appoint Counsel. My rulings follow:

1. Effective this date, Michael Millemann, Esq. will be appointed under the Criminal Justice Act to represent Mr. Booth;

2. Mr. Walsh-Little will remain in the case and his appointment under the Criminal Justice Act will continue;

3. Mr. Steele's motion to withdraw is granted and his appointment under the Criminal Justice Act will be terminated effective this date;

4. A copy of this Order shall be provided to the CJA Supervising Attorney so appropriate action in accordance with this Order can be taken;

5. Copies of this Order shall be mailed to Mr. Steele, Mr. Walsh-Little, Mr. Millemann, Assistant Attorney General Lisic, and to Mr. Booth-El.

5/24/00
Date

Catherine C. Blake
United States District Judge