UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 19  P 4: 23
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

June 19, 2002

David Walsh-Little, Esquire
18 S. Mount Street
Baltimore, MD 21223

Ann N. Bosse, Esquire
Assistant Attorney General
200 Saint Paul Place
Baltimore, MD 21202-2021

    Re:    <u>Booth-El v. Nuth</u>, Civil No. CCB-97-1252

Dear Counsel:

    Thank you for your letters of June 17, 2002. Please keep me advised of the progress of the petition for certiorari.

                                                    Sincerely yours,

                                                    Catherine C. Blake
                                                  United States District Judge

cc:    Annabelle L. Lisic, Esquire
        Michael Millemann, Esquire
        Court File